UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YAN TAN and XIN TAN,

Petitioners,

v.

BRUCE SCOTT et al.,

Respondent.

CASE NO. 2:26-cv-04329-BAT

**ORDER DENYING TRO, DKT. 2, AND DIRECTING COMPLIANCE WITH SCHEDULING ORDER**

On November 7, 2026, Petitioners moved the Court to grant an emergency TRO contending they faced imminent risk of transfer or removal. Dkt. 2. That day, the Court provisionally granted the TRO, directed Petitioner to confer with Respondents and propose an agreed briefing schedule, and if agreement was not reached for Respondents to respond under Local Civil Rule 65. Dkt. 4. The Court has received nothing further from the parties regarding the TRO and now **ORDERS**:

1. The Court issued a scheduling order on November 9, 2026 prohibiting Respondents from transferring or removing Petitioners without notice. The Court's scheduling order moots the TRO and thus the Court **DENIES** the TRO, Dkt. 2.

2. The scheduling order prohibits Respondents from transferring Petitioners without notice; the parties shall abide by this requirement and the scheduling order's briefing due dates.

DATED this 17th day of November, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge